MICHAEL A. CONGER (State Bar #147882)
LAW OFFICES OF MICHAEL A. CONGER
16236 San Dieguito Road, Suite 4-14
P.O. Box 9374
Rancho Santa Fe, CA  92067
Telephone:  (858) 759-0200
Facsimile:  (858) 759-1906

Attorney for Plaintiffs Mike Murphy, Joshua Pittsley, and those similarly situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MURPHY, and JOSHUA PITTSLEY, on behalf of themselves and all other employees similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF EL CAJON; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 18-CV-0698-JM-NLS<br><br>STIPULATION OF DISMISSAL<br><br><br><br>District Judge:　Hon. Jeffrey T. Miller<br>Magistrate Judge:　Hon. Nita L. Stormes<br>Courtroom:　5D (5th Fl. - Schwartz)<br>Complaint Filed:　April 9, 2018<br>Trial Date:　Not yet set |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that plaintiff, Jeremiah Larson, be and hereby dismissed with prejudice from the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear their own costs and attorney fees.

Dated: January 29, 2019　　　　　　　　**LAW OFFICE OF MICHAEL A. CONGER**


　　　　　　　　　　　　　　　　　　By:　/s/ Michael A. Conger
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　E-Mail: congermike@aol.com

/ / /

1

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | Dated: January 30, 2019                              **LIEBERT CASSIDY WHITMORE**    |

Dated: January 30, 2019               **LIEBERT CASSIDY WHITMORE**

By:    /s/ Stephanie Lowe
         Attorney for Defendant
         E-Mail: slowe@lcwlegal.com

**IT IS SO ORDERED.**

Dated: _____, 2018

Hon. Jeffrey T. Miller
District Judge
United States District Court for the
Southern District of California