

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mike Murphy on behalf of themself and all other employees similarly situated; Joshua Pittsley, on behalf of themself and all other employees similarly situated<br>**Plaintiff,**<br>V.<br>City of El Cajon; Does 1 through 10, inclusive<br>**Defendant.** | Civil Action No.   18cv00698-JM-NLS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is hereby entered and the case is dismissed with prejudice in accordance with the Order granting the Motion for Settlement Agreement.  The Case is closed.

**Date:**   8/20/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ _____
, Deputy